B5 (Official Form 5) (12/07)

**FORM 5. INVOLUNTARY PETITION**

| United States Bankruptcy Court<br>**Northern District of Illinois** | **INVOLUNTARY PETITION** |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Zoom Graphics LLC** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN<br>(If more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**341 Ronnie Drive**<br>**Buffalo Grove, IL 60089** | MAILING ADDRESS OF DEBTOR (If different from street address)<br>**Zoom Graphics, LLC**<br>**R/A Subhash Desai**<br>**341 Ronnie Drive**<br>**Buffalo Grove, IL 60089** |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Lake County** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

■ Chapter 7    ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| **Nature of Debts**<br>(Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | **Type of Debtor**<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | **Nature of Business** (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |
|---|---|---|

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>**Subhash Desai** | Case Number<br>**09-47906** | Date<br>**12/18/2009** |
|---|---|---|
| Relationship<br>**Member** | District<br>**Northern District of Illinois** | Judge<br>**Goldgar** |

| **ALLEGATIONS**<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

Name of Debtor __**Zoom Graphics LLC**__

B5 (Official Form 5) (12/07) - Page 2                                                                                  Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X **/s/ Derek D. Samz**                                             X **/s/ Derek D. Samz**                    **March 22, 2010**
   Signature of Petitioner or Representative (State title)                Signature of Attorney                                    Date

**Barry and Susan Newman**              **March 22, 2010**         **Derek D. Samz**
Name of Petitioner                              Date Signed          Name of Attorney Firm (If any)

Name & Mailing        **Derek D. Samz**                              **DiMonte & Lizak, LLC**
Address of Individual **DiMonte & Lizak, LLC**                       **216 W. Higgins Road**
Signing in Representative **216 W. Higgins Road**                    **Park Ridge, IL 60068**
Capacity               **Park Ridge, IL 60068**                      Address
                                                                     Telephone No.   **847-698-9600**

X **/s/ Derek D. Samz**                                             X **/s/ Derek D. Samz**                    **March 22, 2010**
   Signature of Petitioner or Representative (State title)                Signature of Attorney                                    Date

**Robert Klauber**                       **March 22, 2010**         **Derek D. Samz**
Name of Petitioner                              Date Signed          Name of Attorney Firm (If any)

Name & Mailing        **Derek D. Samz**                              **DiMonte & Lizak, LLC**
Address of Individual **DiMonte & Lizak, LLC**                       **216 Higgins Road**
Signing in Representative **216 Higgins Road**                       **Park Ridge, IL 60068**
Capacity               **Park Ridge, IL 60068**                      Address
                                                                     Telephone No.   **(847) 698-9600**

X **/s/ Derek D. Samz**                                             X **/s/ Derek D. Samz**                    **March 22, 2010**
   Signature of Petitioner or Representative (State title)                Signature of Attorney                                    Date

**Harold M. Pittman Co.**                **March 22, 2010**         **Derek D. Samz**
Name of Petitioner                              Date Signed          Name of Attorney Firm (If any)

Name & Mailing        **Derek D. Samz**                              **Dimonte & Lizak, LLC**
Address of Individual **Dimonte & Lizak, LLC**                       **216 W. Higgins**
Signing in Representative **216 W. Higgins**                         **Park Ridge, IL 60068**
Capacity               **Park Ridge, IL 60068**                      Address
                                                                     Telephone No.   **847-698-9600**

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Barry and Susan Newman**<br>**341 Golf View Drive**<br>**Hazel Crest, IL 60429** | **Judgment entered in the Circuit Court of Cook County, Case No.** | **107,651.00** |
| **Robert Klauber**<br>**4201 W. 166th Street**<br>**Oak Forest, IL 60452** | **Judgment entered in the Circuit Court of Cook County, Case No. 08 M6 000652** | **38,035.00** |
| **Harold M. Pittman Co.**<br>**221 Covington Drive**<br>**Bloomingdale, IL 60108** | **Materials sold and services rendered.** | **42,261.31** |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>**1,035,124.96** |

__**2**__ continuation sheets attached

Name of Debtor  **Zoom Graphics LLC**

B5 (Official Form 5) (12/07) - Page 2                                    Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X **/s/ Derek D. Samz**                                    X **/s/ Derek D. Samz**           **March 22, 2010**
 Signature of Petitioner or Representative (State title)    Signature of Attorney            Date

 **1300 Basswood, LLC**                **March 22, 2010**   **Derek D. Samz**
 Name of Petitioner                      Date Signed        Name of Attorney Firm (If any)

Name & Mailing      **Derek D. Samz**                       **DiMonte & Lizak, LLC**
Address of Individual **DiMonte & Lizak, LLC**              **216 Higgins Road**
Signing in Representative **216 Higgins Road**              **Park Ridge, IL 60068**
Capacity            **Park Ridge, IL 60068**                Address
                                                            Telephone No. **(847) 698-9600**

X **/s/ Derek D. Samz**                                    X **/s/ Derek D. Samz**           **March 22, 2010**
 Signature of Petitioner or Representative (State title)    Signature of Attorney            Date

 **Rickard Circular Folding Co.**      **March 22, 2010**   **Derek D. Samz**
 Name of Petitioner                      Date Signed        Name of Attorney Firm (If any)

Name & Mailing      **Derek D. Samz**                       **DiMonte & Lizak, LLC**
Address of Individual **DiMonte & Lizak, LLC**              **216 Higgins Road**
Signing in Representative **216 Higgins Road**              **Park Ridge, IL 60068**
Capacity            **Park Ridge, IL 60068**                Address
                                                            Telephone No. **(847) 698-9600**

X_____                  X_____
 Signature of Petitioner or Representative (State title)    Signature of Attorney            Date

_____                   _____
 Name of Petitioner                     Date Signed         Name of Attorney Firm (If any)

Name & Mailing
Address of Individual
Signing in Representative                                   Address
Capacity                                                    Telephone No._____

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **1300 Basswood, LLC**<br>**1300 Basswood**<br>**Schaumburg, IL 60173** | **Past due rent--breach of lease agreement** | **844,672.26** |
| **Rickard Circular Folding Co.**<br>**325 N. Ashland**<br>**Chicago, IL 60607** | **Circulars/Folders manufactured and delivered.** | **2,505.39** |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>**1,035,124.96** |

  **1**  of  **2**  continuation sheets attached

FORM 5 Involuntary Petition

Name of Debtor **Zoom Graphics LLC**

Case No. _____
(Court use only)

**PENDING BANKRUPTCY CASE(S) FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR**
(Continuation Sheet)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Rajendra Parekh AKA Rajen Parekh | 10-04746 | 2/8/2010 |
| **Relationship** | **District** | **Judge** |
| Member | Northern District of Illinois | Squires |
| Name of Debtor | Case Number | Date |
| Sandip Mehta AKA Sandip Mehata | 10/01761 | 1/19/2010 |
| **Relationship** | **District** | **Judge** |
| Member | Northern District of Illinois | Squires |
| Name of Debtor | Case Number | Date |
| Avani Mehta | 10-01761 | 01/19/2010 |
| **Relationship** | **District** | **Judge** |
| Member | Northern District of Illinois | Squires |
| Name of Debtor | Case Number | Date |
|  |  |  |
| Relationship | District | Judge |
|  |  |  |
| Name of Debtor | Case Number | Date |
|  |  |  |
| Relationship | District | Judge |
|  |  |  |
| Name of Debtor | Case Number | Date |
|  |  |  |
| Relationship | District | Judge |
|  |  |  |
| Name of Debtor | Case Number | Date |
|  |  |  |
| Relationship | District | Judge |
|  |  |  |

__2__ of __2__ continuation sheets attached